UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 9, 2019   **Time:** 25 minutes   **Judge:** RICHARD SEEBORG

**Case No.**: 19-cr-00105-RS-2   **Case Name:** USA v. David Mishler

**Attorney for Government: Jose Olivera**
**Attorney for Defendant: Mark Clausen**
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Ana Dub
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Held.

## SUMMARY

The defendant is sworn. The Court ordered plea agreement to be filed under seal. The defendant pled guilty to Counts 1, 2, and 6 of the Superseding Information. The matter referred to the probation office for a PSR and continued to **9/10/19 at 2:30 p.m.** for Sentencing.