UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 10, 2019     **Time:** 14 minutes     **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00105-RS-2     **Case Name:** USA v. David Mishler

**Attorney for Government:** Jose Olivera
**Attorney for Defendant:** Mark Clausen
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a                         **Probation Officer:** Jill Spitalieri

### PROCEEDINGS

Sentencing Hearing Held.

### SUMMARY

The court sentenced the defendant to the custody of the Bureau of Prisons for a period of 12 months and 1 day. This term consists terms of 12 months and one day on each of Counts 1, 2, and 6, all counts to be served concurrently. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. This term consists of terms of three years on each of Counts 1, and 2, and one year on Count 6, all such terms to run concurrently. The defendant is ordered to pay a special assessment in the amount of $300, which shall be due immediately. The defendant shall pay restitution in the amount of $582,1254. The court did not impose a fine. Governments Motion to Dismiss Counts Three and Four is granted. (see judgment for additional conditions).