1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | JOSE A. OLIVERA (CABN 279741)
Assistant United States Attorney

5

6 |     1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3924

7 | FAX: (510) 637-3724
jose.a.olivera@usdoj.gov

8 | Attorneys for United States of America

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,       )  CASE NO. CR 19-105-RS
                                    )

13 |       Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                    )  REGARDING RESTITUTION

14 |   v.                          )

15 | DAVID MISHLER,               )

16 |       Defendant.            )

17

18 |       The United States, through its undersigned counsel, and defendant David Mishler, through his

19 | undersigned counsel, stipulate that the restitution Mishler was ordered to pay to Stanford Hotels

20 | Corporation in the above-captioned case during his sentencing on September 10, 2019, should instead be

21 | made payable to Harbor View Hotels, Inc., doing business as Hilton San Francisco Airport Bayfront,

22 | and payments should be sent to the care of Stanford Hotels Corporation, located at 433 California Street,

23 | 7th Floor, San Francisco, CA 94104.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

Stipulation & [proposed] Order Re Restitution      1
CR 19-105-RS

1    Probation has reviewed the language of this stipulation and will incorporate it into the proposed

2   judgment.

3   DATED:  9/12/2019                                    Respectfully submitted,

4                                                        DAVID L. ANDERSON
                                                         United States Attorney
5

6                                                        _____/s/_____
                                                         JOSE  A. OLIVERA
7                                                        Assistant United States Attorney

8   DATED:  9/12/2019                                    _____/s/_____
                                                         MARK CLAUSEN
9                                                        Attorney for David Mishler

10

11  **IT IS SO ORDERED.**

12  DATED:_____

13

14
                                                         _____
15                                                       HON. RICHARD SEEBORG
                                                         United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28