1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,   )   CASE NO. CR 19-105-RS-2
                               )
14     Plaintiff,             )   STIPULATION AND ORDER
                               )   REGARDING BRIEFING
15   v.                         )
                               )
16 DAVID MISHLER,              )
                               )
17     Defendant.             )
                               )
18

STIPULATION                       1
CR 19-105-RS-2

STIPULATION

Subject to the approval of the Court, the parties through counsel have met and conferred and reached this stipulation regarding the timing of the United States' brief in response to Defendant's motion for compassionate release and modification of sentence.  The Court issued an order setting the deadline for the United States to file on June 30, 2020 by 5:00 p.m.  Dkt. No. 49.  The parties have agreed and hereby stipulate to extend the time for the United States to file to July 6, 2020 by 5:00 p.m.

IT IS SO STIPULATED.

DATED: June 29, 2020                          /s/
JONATHAN U. LEE
Assistant United States Attorney

DATED: June 29, 2020                          /s/
MARK T. CLAUSEN
Counsel for Defendant MISHLER

ORDER

The United States shall file its responsive brief to defendant's pending motion on or before July 6, 2020 at 5:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 29, 2020
THE HON. RICHARD SEEBORG
United States District Judge

STIPULATION
CR 19-105-RS-2