1 | Mark T. Clausen, Esq. (Calif. SB # 196721)
Law Office of Mark T. Clausen
2 | 1325 Crestview Court
Santa Rosa, CA 95403
3 | Telephone: (707) 235-3663
Facsimile:  (707) 542-9713
4 | Email:  MarkToddClausen@yahoo.com

5 | Attorney for Defendant DAVID MISHLER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-00105-RS |
|---|---|
| Plaintiff, | ERRATA DECLARATION OF MARK CLAUSEN IN SUPPORT OF MOTION BY DEFENDANT FOR COMPASSIONATE RELEASE AND MODIFICATION OF SENTENCE TO ALLOW DEFENDANT TO SERVE THE REMAINING 5-MONTHS OF HIS SENTENCE ON IN-HOME CONFINEMENT DUE TO HEALTH RISKS FROM COVID-19 [18 U.S.C. Section 3582(c)(1)(A) and 18 U.S.C. § 4205(g), aka "The Care Act. H.R. 748"]; |
| vs. | |
| DAVID MISHLER, | |
| Defendant. | |
| _____ / | Hearing Date: July 21, 2020<br>Time: 2:30 p.m.<br>Judge: Hon. Richard Seeborg<br>Location: Courtroom 3, 17th Floor<br>455 Golden Gate Ave.<br>San Francisco, CA 94102 |

I, Mark T. Clausen, do hereby declare:

1. I am the attorney for Defendant David Mishler (MISHLER).  I have personal knowledge of the facts set forth in this declaration and would competently testify thereto if called to do so.

2. MISHLER's motion and my supporting declaration were in error in stating the following italicized facts: "MISHLER is ... a large man and is considered by doctors to be overweight and he has moderate health conditions associated with obesity such as *high cholesterol and high blood pressure* which are also increased risk factors for COVID-19."

(Clausen Decl., para. 16, italics added.)

3. MISHLER has now informed me that he has <u>not</u> been diagnosed with high cholesterol and high blood pressure, but rather with pre-diabetes. MISHLER has also advised me that when he began his prison incarceration in January 2020 he weighed 330 pounds while standing 6-feet and 1-inch tall. (A true copy of his prison intake information is attached as Exhibit 1.) MISHLER states that he believe he is about 320 pounds now. This makes him "highly obese" based on the Body Mass Index (BMI) available on line at numerous websites including, for example, www.AARP.org .

4. The above described error came to light as follows: This motion was filed on Thursday, June 25, 2020. On Saturday, June 27, Assistant US Attorney Jonathan Lee emailed me in response to my email concerning the motion. Assistant U.S. Attorney Lee's email asked if MISHLER had any medical records available to support his claimed health conditions. I relayed that request to MISHLER's wife via email and pointed her to the health conditions identified in the motion and my supporting declaration. She responded by email on Sunday, June 28, and advised that MISHLER has <u>not</u> been diagnosed with high cholesterol and high blood pressure, but rather with pre-diabetes, and she further stated that she does not have any medical records in her possession which show that diagnosis but she believes that information is found in MISHLER's prison medical file. I immediately conveyed this to attorney Lee via email on Sunday June 28. Later the same day, MISHLER communicated with me and confirmed the information provided by his wife, and he also stated that he had requested a copy of his medical records from prison officials and has been told that it will take at least 21 days and probably longer for the records to be provided to him.

5. The erroneous information in the motion and my supporting declaration was not provided to me by MISHLER as I asked his wife for his general health history and then added that information to the previously-prepared motion which MISHLER had reviewed. MISHLER's wife has informed me that she does not recall stating that MISHLER has "high

cholesterol and high blood pressure" due to his age and obesity, only that he has "pre-diabetes." She has further stated that she did not catch that error when reviewing the motion after coming off the graveyard shift at the hospital where she works as a nurse.

6. Given this, I must presume that the error was mine. I apologize to the Court and the Government for the mistake and I have now corrected the record. Due to the error and to otherwise afford the Government a full and fair opportunity to respond to MISHLER's motion, I have stipulated to an extension of time to July 6 or 7, 2020, for the filing of the Government's response to the motion which is currently due tomorrow, Tuesday June 30, per Order of the Court issued Friday, June 26. I understand that DOJ will be e-filing the stipulation today. I also understand that DOJ has requested, or soon will request, copies of MISHLER's prison medical records in an effort to expedite their receipt. Assistant US Attorney Lee is thanked for his efforts in that regard.

7. In closing, MISHLER has asked that I also inform the Court that at least one Correctional Officer in his prison facility recently tested positive for COVID-19, which has increased MISHLER's concerns about the health risks the virus poses to him while in prison. I have not attempted to confirm this information with prison officials.

I hereby declare that the foregoing is true and correct under penalty of perjury of the laws of the State of California. So declared this 29th day of June 2020 in Santa Rosa, California.

/S/ *Mark T. Clausen*
Mark T. Clausen



| Field | Value |
|---|---|
| Last Name | MISHLER |
| First Name | DAVID |
| Middle Name | |
| Suffix | |
| Height | 6'01" |
| Weight | 330 |
| Hair | BLACK |
| Eye | BROWN |
| Regno | 25426-111 |
| Facility | ATW |

2020-01-03

Ex. 1

**PROOF OF SERVICE BY EMAIL**

I, Mark T. Clausen, do hereby declare:

1. I am the attorney of record for Defendant David Mishler. I am over the age of 18 and I am not a party to this action. My business address is Law Office of Mark T. Clausen, 1325 Crestview Court, Santa Rosa, CA 95403.

2. On June 29, 2020, I served the attached document (*Errata Declaration by Mark T. Clausen*) through the Court's e-filing and e-service system and by direct email, as follows:

| | |
|---|---|
| Jonathan Lee, Esq.<br>Assistant United States Attorney<br>United States Department of Justice<br>1301 Clay Street, Suite 3405<br>Oakland, California 94612<br>Email: jonathan.lee@usdoj.gov | Attorney for Plaintiff U.S.A. |
| Alena Kokich<br>Probation Services Assistant<br>U.S. Probation<br>Northern District of CA<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>Email: Alena_Kokich@canp.uscourts.gov | Probation Services |

I hereby declare that the foregoing is true and correct under penalty of perjury of the laws of the State of California. So declared this 29th day of June 2020 in Santa Rosa, California.

/S/ *Mark T. Clausen*
Mark T. Clausen

4